**SUMMONS LIST OF DEFENDANTS RE: INTEL CORPORATION**

1. INTEL CORPORATION

   2200 Mission College Boulevard
   Santa Clara, California 95054

2. PAT GELSINGER

   c/o INTEL CORPORATION
   2200 Mission College Boulevard
   Santa Clara, California 95054

3. JAMES J. GOETZ

   c/o INTEL CORPORATION
   2200 Mission College Boulevard
   Santa Clara, California 95054

4. ANDREA J. GOLDSMITH

   c/o INTEL CORPORATION
   2200 Mission College Boulevard
   Santa Clara, California 95054

5. ALYSSA H. HENRY

   c/o INTEL CORPORATION
   2200 Mission College Boulevard
   Santa Clara, California 95054

6. OMAR ISHRAK

   c/o INTEL CORPORATION
   2200 Mission College Boulevard
   Santa Clara, California 95054

7. TSU-JAE KING LIU

   c/o INTEL CORPORATION
   2200 Mission College Boulevard
   Santa Clara, California 95054

8. RISA LAVIZZO-MOUREY

   c/o INTEL CORPORATION
   2200 Mission College Boulevard
   Santa Clara, California 95054

- 2 -

9. BARBARA G. NOVICK

   c/o INTEL CORPORATION
   2200 Mission College Boulevard
   Santa Clara, California 95054

10. GREGORY D. SMITH

    c/o INTEL CORPORATION
    2200 Mission College Boulevard
    Santa Clara, California 95054

11. LIP-BU TAN

    c/o INTEL CORPORATION
    2200 Mission College Boulevard
    Santa Clara, California 95054

12. DION J. WEISLER

    c/o INTEL CORPORATION
    2200 Mission College Boulevard
    Santa Clara, California 95054

13. FRANK D. YEARY

    c/o INTEL CORPORATION
    2200 Mission College Boulevard
    Santa Clara, California 95054

14. DAVID ZINSNER

    c/o INTEL CORPORATION
    2200 Mission College Boulevard
    Santa Clara, California 95054