Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISS LAW**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LR TRUST, Derivatively on Behalf of INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PAT GELSINGER, JAMES J. GOETZ, ANDREA J. GOLDSMITH, ALYSSA H. HENRY, OMAR ISHRAK, TSU-JAE KING LIU, RISA LAVIZZO-MOUREY, BARBARA G. NOVICK, GREGORY D. SMITH, LIP-BU TAN, DION J. WEISLER, FRANK D. YEARY, and DAVID ZINSNER,<br><br>Defendants,<br><br>-and-<br><br>INTEL CORPORATION, a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 5:24-cv-09121-NC<br><br>**STIPULATION TO TRANSFER CASE TO DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a) AND ORDER**<br><br>**Judge: Hon. Nathanael M. Cousins**<br>**Date Action Filed: December 17, 2024** |

WHEREAS, on December 17, 2024, Plaintiff The LR Trust filed the above-captioned verified stockholder derivative action (the "Action"), pleading claims derivatively on behalf of Intel Corporation ("Intel") for breaches of fiduciary duty and for violations of Section 14(a) of the Securities Exchange Act of 1934 against Pat Gelsinger, James J. Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Omar Ishrak, Tsu-Jae King Liu, Risa Lavizzo-Mourey, Barbara G. Novick, Gregory D.

Smith, Lip-Bu Tan, Dion J. Weisler, Frank D. Yeary, David Zinsner, and Intel, the nominal defendant (collectively, "Defendants") (ECF No. 1);

WHEREAS, Defendants have informed Plaintiff that Article XIII of Intel's Amended and Restated Bylaws provides that "the sole and exclusive forum for … any derivative action or proceeding brought on behalf of the corporation" is "the Delaware Court of Chancery (except that, in the event the Delaware Court of Chancery lacks subject matter jurisdiction over any such action or proceeding, then the sole and exclusive forum for such action or proceeding shall be the federal district court for the District of Delaware)";

WHEREAS, Plaintiff believes it has a good faith basis to have filed the Action in this Court;

WHEREAS, Defendants maintain that this action should be transferred pursuant to Intel's forum selection clause to the United States District Court for the District of Delaware, where related derivative litigation is pending captioned *In re Intel Corporation Stockholder Derivative Litigation*, No. 24-cv-651-CFC (D. Del.); and

WHEREAS, without Plaintiff conceding that the Action must be transferred pursuant to the forum selection clause, the parties have conferred and agree that the Action should be transferred to the United States District Court for the District of Delaware;

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, through their respective counsel of record and subject to Court approval, as follows:

1. Pursuant to 28 U.S.C. § 1404(a), the Action is transferred to the United States District Court for the District of Delaware.

2. In light of this stipulation, the parties agree that Defendants shall have no obligation to respond to the complaint in the Action pending the Court's order on this stipulation. Upon transfer of this Action, the parties will meet and confer concerning a schedule for Defendants to respond to the Complaint.

3. The parties expressly reserve all of their rights and defenses, and, by entering into this Stipulation, in no way intend to waive any rights and defenses they may wish to exercise or assert in the Action, including objections as to jurisdiction.

Dated: January 14, 2025

| | |
|---|---|
| **OF COUNSEL:** | **WEISS LAW** |
| **WEISS LAW**<br>David C. Katz<br>Mark D. Smilow<br>305 Broadway, 7th Fl.<br>New York, NY 10007<br>Telephone: (212) 682-3025<br>Facsimile: (212) 682-3010<br>Email: dkatz@weisslawllp.com<br>msmilow@weisslawllp.com | By: */s/ Joel E. Elkins*<br>Joel E. Elkins (SBN 256020)<br>611 Wilshire Blvd., Suite 808<br>Los Angeles, CA 90017<br>Telephone: (310) 208-2800<br>Facsimile: (310) 209-2348<br>Email: jelkins@weisslawllp.com<br><br>*Attorneys for Plaintiff* |
| -and-<br><br>Joshua M. Rubin<br>Jonathan Meer<br>4 Brighton Rd., Ste. 204<br>Clifton, NJ 07014<br>Email: jrubin@weisslawllp.com<br>jmeer@weisslawllp.com | |

**Munger, Tolles & Olson LLP**

By: */s/ John M. Gildersleeve*
John M. Gildersleeve (SBN 284618)
Brian Rivas Boessenecker (SBN 331409)
Lorraine L. Abdulahad (SBN 349971)
350 South Grand Avenue., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9241
Email: john.gildersleeve@mto.com

*Attorneys for Defendants Pat Gelsinger, James J. Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Omar Ishrak, Tsu-Jae King Liu, Risa Lavizzo-Mourey, Barbara G. Novick, Gregory D. Smith, Lip-Bu Tan, Dion J. Weisler, Frank D. Yeary, David Zinsner, and Intel Corporation*

## **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Date: January 15, 2025

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

